■ In the Matter of ROY P., Appellant, v NANCY P., Respondent. — Appeal from a supplemental judgment of the Supreme Court, entered Decem-

ber 5, 1979 in Madison County, upon a decision of the court at a Trial Term, without a jury, which adjudged plaintiff to be the father of defendant's child. Supplemental judgment affirmed, without costs. No opinion. Mahoney, P.J., Sweeney, Kane, Casey and Weiss, JJ., concur.